# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-77-FDW

| | |
|---|---|
| LEVON TODD, | ) |
|       Plaintiff, | ) |
| vs. | ) |
| | )   **ORDER** |
| SUSAN WHITE, et al., | ) |
|       Defendants. | ) |

UPON THE MOTIONS of Defendants Grant, Wiseman, White, Slagle, Melton, Smith, Frank, and Holiman, (Doc. Nos. 23, 24), for an enlargement of time within which to file an Answer or responsive pleading to Plaintiff's Amended Complaint, and for good cause shown,

IT IS HEREBY ORDERED that Defendants shall have up to and including May 17, 2017, in which to file an Answer or responsive pleading.

Signed: March 20, 2017

Frank D. Whitney
Chief United States District Judge